UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GERALD SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:17 CV 117 RWS |
| BOB HOLDER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff Christopher Smith files pro se motions for appointment of counsel, [Doc. No. 44], for exemption from certificate of service requirements, [Doc. No. 45], for leave to file a reply brief out of time [Doc. No. 46], and for leave to file in excess of the page limitation [Doc. No. 47]. I have already granted Smith's prior motion for appointment of counsel. [Doc. No. 40.] Because Smith is now prosecuting his claim with the assistance of appointed counsel, his filings must be made by his attorney through the Court's electronic case filing system.

Accordingly,

**IT IS HEREBY ORDERED** that Smith's motion for appointment of counsel, [Doc. No. 44], motion for exemption from certificate of service requirements, [Doc. No. 45], motion for leave to file in excess of the page limitation, [Doc. No. 47], and motion for leave to file a reply brief out of time, [Doc. No. 46], are **DENIED** as moot.

**IT IS FURTHER ORDERED** that Smith must submit all filings through his counsel.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of December, 2017.